**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

```
----------------------------------------  x
SVETLANA ZAUROV,                          :
on behalf of h e r s e l f and            :
all others similarly situated,            :
                                          :
                      Plaintiff,          :
                                          :
            -against-                     :
                                          :
IMMEDIATE CREDIT                          :
RECOVERY, INC.,                           :
                                          :
                      Defendant           :
----------------------------------------  x
```

**COMPLAINT  – CLASS ACTION**

**INTRODUCTION**

1.      Plaintiff Svetlana Zaurov brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Immediate Credit Recovery, Inc. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2.      The FDCPA broadly prohibits unfair or unconscionable collection methods, conduct which harasses or abuses any debtor, and the use of any false or deceptive statements in connection with debt collection attempts. It also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

3.      In enacting the FDCPA, Congress found that: "[t]here is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy."  15 U.S.C. §1692(a).

4.      Because of this, courts have held that "the FDCPA's legislative intent emphasizes

the need to construe the statute broadly, so that we may protect consumers against debt collectors' harassing conduct." and that "[t]his intent cannot be underestimated." *Ramirez v. Apex Financial Management LLC*, 567 F.Supp.2d 1035, 1042 (N.D.Ill. 2008).

5.      The FDCPA encourages consumers to act as "private attorneys general" to enforce the public policies and protect the civil rights expressed therein. *Crabill v. Trans Union, LLC*, 259 F.3d 662, 666 (7th Cir. 2001).

6.      Plaintiff seeks to enforce those policies and civil rights which are expressed through the FDCPA, 15 U.S.C. §1692 *et seq*.

## VENUE AND JURISDICTION

7.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

8.      Venue and personal jurisdiction in this District are proper because defendant's collection communication (Exhibits A and C) were received by plaintiff within this District.

## PARTIES

9.      Plaintiff Svetlana Zaurov is an individual who resides in Hewlett, New York.

10.     Defendant Immediate Credit Recovery, Inc., is a New York corporation with offices at (a) 6 Neptune Road, Suite 110, Poughkeepsie, New York, 12601; (b) 2905 Sherwood Way, San Angelo, Texas 76901 and (c) 3330 Chastain Meadows Pkwy., Suite 100, Kennesaw, Georgia 30144.

11.     Defendant Immediate Credit Recovery, Inc. describes its business as follows on its web site (https://www.icrcollect.com/): "ICR was founded in 1990 to serve the collection needs of institutions of higher education, healthcare providers, and government and commercial entities across the nation. ICR has the specialized leadership, technology, and experience to provide institutions with a custom turnkey collection program."

12.     Among the clients of Immediate Credit Recovery, Inc., is the City University of New York.

13.     Immediate Credit Recovery, Inc., uses the mails and telephone system in collecting debts.

14.     Immediate Credit Recovery, Inc., is a debt collector as defined in the FDCPA.

## FACTS

15.     Defendant Immediate Credit Recovery, Inc. has been attempting to collect from plaintiff an alleged educational debt incurred for personal, family or household purposes and not for business purposes.  The debt is allegedly owed to New York City College of Technology, a unit of the City University of New York.

16.     On or about November 7, 2018, defendant Immediate Credit Recovery, Inc. sent plaintiff the letter attached as Exhibit A.

17.     Plaintiff requested verification of the debt (Exhibit B).

18.     In response, defendant sent the letter of February 25, 2019 (Exhibit C), restating the amount due as $2,688.07 but enclosing "account details" which added up to only $2,298.30.

19.     Plaintiff disputes that she owes either amount.

20.     Exhibit A is a form letter, filled out by computer in a standardized manner.

21.     Exhibit C is a form letter, filled out by computer in a standardized manner.

22.     The "account details" enclosed with Exhibit C are a computer printout.

23.     On information and belief, defendant regularly obtains or has access to a printout in the form included in Exhibit C for every debt it attempts to collect for the City University of New York.

## COUNT I – FDCPA

24.     Plaintiff incorporates paragraphs 1-23.

25.     The discrepancy between the "amount due" on Exhibits A and C ($2,688.07) and the "debits" on the "account details" in Exhibit C ($2,298.30) violates 15 U.S.C. §1692e, 1692e(2), and 1692e(10), in that defendant misstated the amount of the debt.

26.     Section 1692e provides:

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

**(2) The false representation of—**

**(A) the character, amount, or legal status of any debt; . . .**

**(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

27.     As a result, plaintiff suffered an injury in fact by being subjected to unfair and abusive practices of the defendant.

28.     The FDCPA ensures that consumers are fully and truthfully apprised of the facts and of their rights. The FDCPA enables consumers to understand, make informed decisions about, and participate fully and meaningfully in the debt collection process. One purpose of the FDCPA, among others, is to provide information that helps consumers choose intelligently. Defendant's false representations misled plaintiff in a manner that deprived her of her right to enjoy these benefits. As a result, defendant's materially misleading statements trigger liability under §1692e of the FDCPA.

## CLASS ALLEGATIONS

29.     Plaintiff brings this claim on behalf of a class, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3).

30.     The class consists of (a) all individuals (b) to whom defendant Immediate Credit Recovery, Inc. sent a collection letter (c) seeking to collect a debt for the City University of

New York (including its various units) (d) where the amount sought in the letter exceeded the

amount shown on the "account details" pertaining to the same debt (e) which letter was sent on

or after a date one year prior to filing this action and on or before a date 21 days after filing this

action.

31.     On information and belief, based on defendant's size and the use of a form letter,

the class exceeds 40, and is so numerous that joinder of all members is not practicable.

32.     The identities of all class members are readily ascertainable from the records

of defendant and its client.

33.     There are questions of law and fact common to the class members, which

common  questions predominate over any questions relating to individual class members.  The

predominant common questions are:

        a.      Whether defendant misstates the amounts of debts;

        b.      Whether defendant violates the FDCPA.

34.     Plaintiff's claim is typical of the claims of the class members.  All are based on

the same factual and legal theories.

35.     Plaintiff will fairly and adequately represent the class members.  Plaintiff is

committed to vigorously litigating this matter. Plaintiff has also retained counsel with

experience in handling consumer lawsuits, complex legal issues, and class actions. Neither the

Plaintiff nor her counsel have any interests which might cause them not to vigorously pursue the

instant class action lawsuit.

36.     A class action is superior for the fair and efficient adjudication of this matter, in

that:

        a.      Individual actions are not economically feasible.

        b.      Members of the class are likely to be unaware of their rights;

       c.      Congress intended class actions to be the principal enforcement

mechanism under the FDCPA.

WHEREFORE, the Court should enter judgment in favor of plaintiff and the class

members and against defendant for:

      i.      Statutory damages;

      ii.      Attorney's fees, litigation expenses and costs of suit;

      iii.      Such other and further relief as the Court deems proper.

 

<u>s/Tiffany N. Hardy</u>
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

Daniel C. Cohen
COHEN & MIZRAHI LLP
300 Cadman Plaza West, 12th floor
Brooklyn, NY 11201
(929) 575-4175
(929) 575-4195 (FAX)
dan@cml.legal

## NOTICE OF ASSIGNMENT

Please be advised that all rights relating to attorney's fees have been assigned to counsel.

s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**<u>EXHIBIT A</u>**

**REDACTED**

DEPT 751    3459829518116
PO BOX 4115
CONCORD CA  94524

||||||| |||| |||| || |||| ||| ||| |||| ||| |||| ||| |||| ||| |||

RETURN SERVICE REQUESTED

November 7, 2018

|..||.||.||.||||||.|||.|..||.|||||.|||.||.|.|.|..|.|.||.|||.|

SVETLANA ZAUROV

Immediate Credit Recovery, Inc.
P.O. Box 1900, Wappingers Falls, NY  12590
(800) 964-5689 • fax (845) 297-8282
Hours of Operation are (Eastern time):
8 a.m. to 9 p.m. Monday and Tuesday,
8 a.m. to 5 p.m. Wednesday, Thursday and Friday

|   |   |
|---|---|
| Client: | NEW YORK CITY CLG  OF TECH, T1 |
| Agent: | CFU |
| Account #: | ▮▮▮▮▮ |
| Re: | SPRING 17 TUITION |
| Amount Due: | $2,688.07 |
| Your Pin: | ▮▮▮▮▮ |

Please send payment & correspondence to:

IMMEDIATE CREDIT RECOVERY INC.
PO BOX 1900
WAPPINGERS FALLS NY  12590-8900

---

***DETACH UPPER PORTION AND RETURN WITH PAYMENT***



*call this person Ismelda 2317*

Sir/Madam:

This letter is to inform you of your opportunity to resolve this account by making a payment arrangement with us. You are strongly urged to pay this now to avoid any further collection activity.

We are willing to accept the following plan of payments:

   PAYMENT: $179.75  DUE: Monthly  STARTING: 11/26/18

To accept this arrangement, the first payment must be received by this office on or before the first stated due date. Please call us upon receipt of this notice to confirm this arrangement with you.

To view your account and/or make a payment on-line, please visit our web site at pay.icrcollect.com. For further information, please call 1-800-964-5689 or contact us via mail at the address below.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Thank you for your anticipated cooperation.

Please see reverse side for important information.

Hours of Operation are (Eastern time):
8 a.m. to 9 p.m. Monday and Tuesday,
8 a.m. to 5 p.m. Wednesday, Thursday and Friday

ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

Immediate Credit Recovery, Inc.
P.O. Box 1900, Wappingers Falls, NY  12590-8900
(800) 964-5689 • fax (845) 297-8282

pay.icrcollect.com

ICRPAJ6-1107-1110921721-03634-3634

S9005703624



To resolve your account by telephone using your
Credit card or your checking/savings account
Please call us toll free


DETACH UPPER PORTION AND RETURN WITH PAYMENT USING THE ENCLOSED ENVELOPE


**Colorado Residents:** In-state office: 700 Seventeenth Street, Suite 200, Denver, Colorado 80202. Toll Free# 1-866-436-4766.

**Massachusetts Residents:** NOTICE OF IMPORTANT RIGHTS

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**New York City Residents:** New York City Department of Consumer Affairs license number 0888212. When calling please ask for John York.

**North Carolina Residents:** North Carolina Department of Insurance Permit #101370.

**Tennessee Residents:** This collection agency is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance.


Physical Address: 6 Neptune Rd, Suite 110, Poughkeepsie, NY 12601
Hours of Operation are (Eastern time): 8 a.m. to 9 p.m. Monday and Tuesday, 8 a.m. to 5 p.m. Wednesday, Thursday and Friday

ICRPAJ6-1107-1110921721-03634-3634

S90057D3624

**<u>EXHIBIT B</u>**

# REDACTED

To: Immediate Credit Recovery, Inc.
Po Box 1900
Wappingers Falls, NY 12590

From: Svetlana Zaurova

████████████████

DOB: ████████
SS #: ████████

RE: Account Number - ████████

I am sending this letter to request validation and verification of this alleged debt. Please provide the basis for the balance you are claiming I owe, including principal, interest, late fees, collection fees, default fees, and any other charges. I am sending this request pursuant to the FDCPA.


Regards,



Svetlana Zaurova

**<u>EXHIBIT C</u>**

REDACTED

 **IMMEDIATE**
Credit Recovery
Incorporated

**Collection Agency Division**

P.O. BOX 1900, WAPPINGERS FALLS, NY 12590
(800) 964-5689
fax(845) 297-8282

Feb 25, 2019

SVETLANA ZAUROV
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     C/O DANIEL COHEN
BROOKLYN, NY 11201

     CLIENT: NEW YORK CITY CLG  OF TECH, T1 W/CC
ACCOUNT #: ▮▮▮▮▮
       RE: SPRING 17 TUITION
   AMT DUE: $      2688.07
     AGENT: 81F
  YOUR PIN: ▮▮▮▮▮▮

Sir/Madam:

Pursuant to our recent correspondence, enclosed please find the
information which you requested about your account(s).

After reviewing the information, please contact us at your earliest
convenience so that we can answer any questions you may have about
your account(s).

To view your account and / or make a payment on-line, please visit our web
site at pay.icrcollect.com.  Please note that the amount due above is as
of the date of this letter. Due to interest and / or other charges that
may vary from day to day, the amount due on the day you pay may be
greater. Therefore, if you pay the amount shown above, an adjustment
may be necessary. For further information, please call 1-800-964-5689 or
contact us via mail at the address above.

This is an attempt to collect a debt. Any information obtained will be
used for that purpose. This communication is from a debt collector.

           Please see reverse side for important information.

*2*

To resolve your account using a credit card or a checking/savings account please:

☎     *Call toll free: (800) 964-5689

Or

🖥     *Online at: pay.icrcollect.com

Or

✉     *Email us at: icr@icrcollect.com

Or

📫     you may mail in your payment to:

PO Box 1900 Wappingers Falls, NY 12590

*Fees may apply where applicable

Detach upper portion and return with payment using the enclosed envelope

**Massachusetts Residents**: <u>NOTICE OF IMPORTANT RIGHTS</u>

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**New York City Residents**: New York City Department of Consumer Affairs license number 0888212. When calling please ask for John York.

**North Carolina Residents**: North Carolina Department of Insurance Permit # 101370.

**Tennessee Residents**: This collection agency is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance.

**Colorado Residents**: In-State Office: 700 Seventeenth Street, Suite 200, Denver, Colorado 80202. Toll Free #: 1-866-436-4766

Physical Address: 6 Neptune Road, Suite 110, Poughkeepsie, NY 12601
Hours of Operation (Eastern Time):     8 am to 9 pm Monday - Tuesday
                                         8 am to 5 pm Wednesday - Friday

https://hrsa.cunyfirst.cuny.edu/psc/cnyhcprd/EMPLOYEE/HRMS/...

**REDACTED**    G43035

New Window | Help | Personalize Page

## Account Details

ID:                    Zaurov,Svetlana          Business Unit:    NYT01

Account Number:                                  Account Balance:    2,298.30

Debits:    2,298.30    Credits:    0.00    Applied:    0.00    Unapplied:    0.00

Find | View 3    First    1-5 of 5    Last

| Item | Term | | Amount | |
|---|---|---|---|---|
| Class | Installment ID | Last Activity Date | Balance | |
| Undergrad Degree Resident | 2017 SP | | 2,200.00 | Item Details |
| | | 12/13/2016 | 2,200.00 | |
| CUNY Consolidated Fee | 2017 SP | | 15.00 | Item Details |
| | | 12/05/2016 | 15.00 | |
| CUNY Technology Fee | 2017 SP | | 62.50 | Item Details |
| | | 12/05/2016 | 62.50 | |
| Student Activity Fee | 2017 SP | | 19.35 | Item Details |
| | | 12/05/2016 | 19.35 | |
| Student Senate Fee | 2017 SP | | 1.45 | Item Details |
| | | 12/05/2016 | 1.45 | |

Return

THIS IS AN ATTEMPT TO
COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL
BE USED FOR THAT PURPOSE

2/22/2019 2:53 PM